JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NNAMDI FRANKLIN OJIMBA,<br><br>    Petitioner,<br><br>    v.<br><br>B. BIRKHOLZ,<br><br>    Respondent. | No. 2:24-cv-06570-HDV-BFM<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the Petition in this matter is denied and the action is dismissed with prejudice.

DATED: 4/9/25

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE